William Phillips

     v.

Case No. 19-cv-79-PB

Governor, NH, State of
*other*
Chris Sununu


## ORDER


After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 28, 2019.  The clerk shall enter judgment and close this case.


    SO ORDERED.

                         /s/ Paul Barbadoro
                         _____
                         Paul Barbadoro
                         United States District Judge

Date: February 5, 2019


cc:  William Phillips, pro se