```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

William Phillips

    v.

                                    Case No. 19-cv-79-PB

Governor, NH, State of
other
Chris Sununu

## JUDGMENT

In accordance with Order by Judge Paul Barbadoro dated February 5, 2019, approving the Report and Recommendation by Magistrate Judge Andrea K. Johnstone dated January 28, 2019, judgment is hereby entered.

                                            By the Court:

                                          /s/ Tracy A. Uhrin
                                          Tracy A. Uhrin
                                          Chief Deputy Clerk

Date: February 6, 2019

cc: William Phillips, pro se